UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 MAR -6  A 11: 49

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　 )<br>Ivan Alberto Cardenas Reyns )<br>　　　　　Defendant(s)　　　　 ) | CRIMINAL NO. 08CR0635-JLS<br>　　　　　　　　　　08MJ0527<br>　　　　　ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Mat. Wit Irenes Pacheco-Manzanares

DATED: 03/06/08

William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
　　　Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
☆ U.S. GPO: 2003-581-774/70082