UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 MAR -6 A 11: 50

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Ivan Alberto Cardenas-Rayas, )<br>  )<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR0635-JLS<br>         08MJ0527<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / ⟨Order of Court⟩).

Mat. Wit: Jose Luis Ruvalcaba-Juarez

DATED: 03/06/08

                                                    **William McCurine, Jr.**
                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                              OR
            DUSM

                                                W. SAMUEL HAMRICK, JR.   Clerk
                                                by
                                                         Deputy Clerk

CLERK'S OFFICE COPY                          ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95